

# Public Utility Commission of Texas

## ADAD Report

## CENTRAL CREDIT SERVICES LLC

### Permit No: 060362

**Type:** ADAD
**Permit Approved Date:** 5/19/2006
**Date Last Renewed:** 5/19/2015

**DBA Names**

No DBA Records

**Contact Information**

Company / Physical (Mailing Address)
CENTRAL CREDIT SERVICES LLC
CHRISTINE CERVELLERE
9550 REGENCY SQUARE BLVD
SUITE 500
JACKSONVILLE, FL 32225
**Web:** www.centralcreditservices.com
**Email:** llesser@cornerstonesupport.com
**Phone:** 904-724-1800
**Fax:** 904-855-1389

ADAD Physical Address
CENTRAL CREDIT SERVICES LLC
CHRISTINE CERVELLERE
9550 REGENCY SQUARE BLVD STE 500
JACKSONVILLE, FL 32225
**Email:** christine.cervellere@issimail.com
**Phone:** 636-537-3408
**Toll Free:** 888-904-1800
**Fax:** 904-855-1389

Company / Physical
** COPY RECORD ** CENTRAL CREDIT SERVICES LLC
CHRISTINE CERVELLERE
9550 REGENCY SQUARE BLVD
SUITE 500
JACKSONVILLE, FL 32225
**Web:** www.centralcreditservices.com
**Email:** llesser@cornerstonesupport.com
**Phone:** 904-724-1800
**Fax:** 904-855-1389

Company / Physical
** COPY RECORD ** CENTRAL CREDIT SERVICES LLC
CHRISTINE CERVELLERE
9550 REGENCY SQUARE BLVD
SUITE 500
JACKSONVILLE, FL 32225
**Web:** www.centralcreditservices.com
**Email:** llesser@cornerstonesupport.com
**Phone:** 904-724-1800
**Fax:** 904-855-1389

Mailing / PO Box
CORNERSTONE SUPPORT LLC
LISA LESSER
70 MANSELL CT.
STE. 250
ROSWELL, GA 30076
**Web:** www.centralcreditservices.com
**Email:** llesser@cornerstonesupport.com
**Phone:** 678-740-0495
**Fax:** 770-587-2440

**Reports**



Exhibit A

2015      2014