## Adam Frazier's Cell Phone Call Detail

## For (301) 992-8278

Incoming Calls from (240) 292-0638 to (301) 992-8278:

September 2, 2015 10:55AM

September 2, 2015 3:33PM

September 14, 2015 2:18PM

September 17, 2015 9:28AM

September 21, 2015 3:49PM

September 28, 2015 10:53AM

September 29, 2015 11:11AM

September 30, 2015 8:23AM

October 1, 2015 11:18AM

October 2, 2015 9:49AM

October 5, 2015 4:46PM

October 14, 2015 11:58AM

October 15, 2015 12:44PM

October 16, 2015 9:26AM

October 19, 2015 12:46PM

October 21, 2015 9:37AM

October 23, 2015 10:00AM

October 26, 2015 9:32AM

October 29, 2015 8:34AM

November 2, 2015 10:58AM

November 6, 2015 10:57AM


Exhibit B