UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| ADAM FRAZIER,<br><br>               Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES,<br>LLC, *et al.*,<br><br>               Defendants. | Case No. 1:16-cv-00869-RDB |

## JOINT STIPULATION OF DISMISSAL OF ALL DEFENDANTS WITH PREJUDICE

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), Plaintiff, Adam Frazier, and Defendants, Central Credit Services, LLC and Radius Global Solutions, LLC, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Central Credit Services, LLC and Radius Global Solutions, LLC, with each side to bear his/its own fees and costs.[1] Pursuant to FED.R.CIV.P. 41(a)(1)(A)(i), Plaintiff, Adam Frazier, voluntarily dismisses defendant Katie Marshall, who has not been served with this lawsuit and not otherwise responded to the lawsuit, with prejudice.

[*Signatures on Following Page*]

---

[1] On February 3, 2017, Central Credit Services, LLC, filed a Motion to Enforce Settlement (Docket No. 24). The parties have resolved the issue and this Stipulation of Dismissal renders the motion moot.

Dated: February 7, 2017.

_____
Adam Frazier / Pro Se
801 Pennsylvania Avenue
Hagerstown, MD  21741
Telephone: (301) 992-8278
Email: reizarf@gmail.com

_____
Michael D. Alltmont, Esq. – Pro Hac Vice
Sessions, Fishman, Nathan & Israel
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone:  (504) 828-3700
Facsimile:  (504) 82803737
Email: malltmont@sessions.legal

and

Patrick McKevitt, Esq.
Whiteford, Taylor & Preston, L.L.P.
7 Saint Paul Street
Baltimore, MD 21202
Telephone No.: (410) 347-9447
Facsimile No.:  (410) 223-3498
Email: pmckevitt@wtplaw.com
*Attorneys for Defendants,*
*Central Credit Services, LLC and*
*Radius Global Solutions, LLC*